1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4
   Attorney for STEVEN QUINN
5

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10  STEVEN QUINN,                    CASE NO.:   **2:12-CV-02008-DAD**

11                    Plaintiff,     Stipulation and Order Extending Time to File
                                     and Serve Motion
12  vs.

13  Michael J. Astrue, Commissioner of Social
    Security,
14
                      Defendant.
15

16

17      IT IS HEREBY STIPULATED by and between the parties, through their respective

18  undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's

19  time to file a motion for summary judgment in the above-referenced case is hereby extended to the

20  new filing date of June 17, 2013.  The extension is needed due to press of business in plaintiff's

21  attorney's office.

22      This is the 1st request for extension by plaintiff.

23  Dated: 5/17/13                        /s/ Peter Brixie
                                          PETER BRIXIE
24                                        Attorney at Law
                                          Attorney for Plaintiff
25

26
    Dated:  5/17/13              By:      /s/ Donna Anderson
27                                        DONNA W. ANDERSON
                                          Special Assistant U. S. Attorney
28                                        Attorney for Defendant

\_\_ooo\_\_

APPROVED AND SO ORDERED

DATED: May 21, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\quinn2008.stip.eot.wpd