PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884

Attorney for STEVEN QUINN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN QUINN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Michael J. Astrue, Commissioner of Social Security,<br><br>　　　　　　　　　　　Defendant. | CASE NO.:   **2:12-CV-02008-DAD**<br><br>Stipulation and Order Extending Time to File and Serve Motion |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of June 17, 2013. The extension is needed due to press of business in plaintiff's attorney's office.

This is the 1st request for extension by plaintiff.

Dated: 5/17/13　　　　　　　　　　　　　　　　/s/ Peter Brixie
　　　　　　　　　　　　　　　　　　　　　　　PETER BRIXIE
　　　　　　　　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Dated: 5/17/13　　　　　　　　　By:　　/s/ Donna Anderson
　　　　　　　　　　　　　　　　　　　　　　　DONNA W. ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　Special Assistant U. S. Attorney
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

\_\_ooo\_\_

APPROVED AND SO ORDERED

DATED: May 21, 2013.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\quinn2008.stip.eot.wpd