1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4
   Attorney for STEVEN QUINN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| STEVEN QUINN,                    | CASE NO.:  **2:12-CV-02008-DAD** |
|----------------------------------|----------------------------------|
|                      Plaintiff,  | Stipulation and Order Extending Time to File and Serve Motion |
| vs.                              |                                  |
| Commissioner of Social Security, |                                  |
|                      Defendant.  |                                  |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of July 29, 2013.  The extension is needed due to press of business in plaintiff's attorney's office.

This is the 2nd  request for extension by plaintiff.

Dated: 6/14/13                             /s/ Peter Brixie
                                           PETER BRIXIE
                                           Attorney at Law
                                           Attorney for Plaintiff


Dated: 6/14/13                    By:      /s/ Donna Anderson
                                           DONNA W. ANDERSON
                                           Special Assistant U. S. Attorney
                                           Attorney for Defendant

**APPROVED AND SO ORDERED**

DATED: June 14, 2013.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\quinn2008.stipord.eot.msj2.wpd