PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884

Attorney for STEVEN QUINN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| STEVEN QUINN, | CASE NO.: **2:12-CV-02008-DAD** |
|---|---|
| Plaintiff, | Stipulation and Order Extending Time to File and Serve Motion |
| vs. | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of July 29, 2013. The extension is needed due to press of business in plaintiff's attorney's office.

This is the 2nd request for extension by plaintiff.

Dated: 6/14/13                          /s/ Peter Brixie
                                        PETER BRIXIE
                                        Attorney at Law
                                        Attorney for Plaintiff


Dated: 6/14/13              By:         /s/ Donna Anderson
                                        DONNA W. ANDERSON
                                        Special Assistant U. S. Attorney
                                        Attorney for Defendant

1     **APPROVED AND SO ORDERED**

2   DATED: June 14, 2013.

*[Signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8  Ddad1\orders.soc sec\quinn2008.stipord.eot.msj2.wpd